tioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 674. OSBRINK ET AL., DOING BUSINESS AS R. H. OSBRINK MANUFACTURING CO., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Homer D. Crotty* for petitioners. *Solicitor General Sobeloff, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 675. HANRATTY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jewell D. Lemons* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 678. JARRICO *v.* RKO RADIO PICTURES, INC. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Samuel Rosenwein* for petitioner. *Peery Price* for respondent.

No. 684. HARRIMAN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Louis Bender* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 685. ILLINOIS EX REL. GOLDSTEIN ET AL. *v.* BABB, SHERIFF. Supreme Court of Illinois. Certiorari denied. *Henry H. Koven* for petitioners. *Latham Castle,* Attorney General of Illinois, *John L. Davidson, Jr.,* First Assistant Attorney General, and *Fred G. Leach* and *William C. Wines,* Assistant Attorneys General, for respondent.